1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,

12                    Plaintiff,                    No. 2:11-cr-00375-KJM-1

13        vs.

14   ROGELIO MELENDEZ-RODRIGUEZ,

15

16                    Defendant.                    ORDER

17   _____/

18

19          On June 4, 2013, the court granted the defense motion for a hearing to determine

20   defendant's competency to stand trial and ordered defendant to undergo a psychiatric or

21   psychological examination by a licensed or certified psychiatrist or psychologist, at a suitable

22   Bureau of Prisons facility, with custodial arrangements to be made by the Attorney General.

23   *See* 18 U.S.C. § 4247(b).  By letter dated August 12, 2013, Warden Thomas with the Bureau of

24   Prisons' Metropolitan Detention Center in Los Angeles has notified the court of the request

25   from the Bureau's clinical psychologist for a fifteen day extension to complete the examination

26   ordered, and then to develop an opinion and prepare the report also ordered.

27          The Bureau of Prisons' request is GRANTED.  The report of the clinical

28   psychologist shall be submitted to the court by September 30, 2013.  The status conference

1

1   currently set for September 11, 2013 at 9 a.m. is continued to October 9, 2013 at 9 a.m. at

2   which point the court anticipates proceeding with the hearing requested by the defendant.

3            IT IS SO ORDERED.

4   DATED:  August 27, 2013.

5

6

7                                                     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28